**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. KILLARK ELECTRIC MANUFACTURING COMPANY.**

No. 429.

Circuit Court of Appeals, Eighth Circuit.

Feb. 16, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Isaac C. Orr, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and also to take certain affirmative action.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. PITTSBURGH PLATE GLASS CO.**

No. 424.

Circuit Court of Appeals, Eighth Circuit, Jan. 14, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Igoe, Carroll, Keefe & McAfee, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from unfair labor practices as have occurred in the past, etc., on motion of petitioner for enforcement of order of Labor Board.